IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ROBERT ALAN PEPUS

Criminal No. 1:25-CR-14 Erie

**ARRAIGNMENT PLEA**

Defendant ROBERT ALAN PEPUS

being arraigned, pleads Not Guilty

in open Court this 24th day of

July , 20 25

(Defendant's Signature)

(Attorney for Defendant)