**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:25-cr-00014-CB-1 |
| v. | ) | |
| ROBERT ALAN PEPUS | ) | |
| Defendant. | ) | |

Hearing Type: Telephonic Status Conference

Date: 9/2/25

Before: Judge Cathy Bissoon

| | |
|---|---|
| Counsel for Government | Christian A. Trabold |
| Counsel for Defendant | Jeffery Carr |
| Court Reporter | Marsia Balobeck |
| Law Clerk | SPS |
| Start time | 1:36 PM |
| End time | 1:38 PM |

**SUMMARY OF PROCEEDINGS:**

Conference held. As the Court noted, pretrial motions presently are due by 9/8/2025.